IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Eugene Clark**, on behalf of himself and all others similarly situated,<br><br>                        **Plaintiff,**<br>      **v.**<br><br>**Melt Bar and Grilled, Inc.**, d/b/a "Melt Bar and Grilled,"<br><br>                        **Defendants.** | Case No. 1:19-cv-00728<br><br>JUDGE CHRISTOPHER A. BOYKO |

## <u>ORDER</u>

This case is before the Court for consideration of the Joint Motion for FLSA Settlement Approval. After reviewing the record and the Joint Motion, the Court enters the following Order.

Having reviewed the Settlement Agreement (the "Agreement") executed by the parties, the Court finds that the settlement is fair, adequate, and reasonable. The Court finds that the Agreement was negotiated at arm's length, with the aid of an experienced mediator, and is not the result of any collusion.

The Court approves the agreed upon payment of attorney's fees at one-third of the total settlement fund amount as reasonable using the percentage-of-the-fund method.

The Court also approves the agreed upon payment of $7,953.00 for reimbursement of litigation costs to Plaintiffs' counsel as reasonable.

The Court finds that the service payment of $5,000.00 to the named Plaintiff provided for in the Agreement is reasonable and has been tailored to compensate him in proportion to his time and effort in prosecuting the claims asserted in this action. The Court therefore approves the requested service payment.

The Court finds that the remaining settlement amount, which will be paid on a pro rata basis to Plaintiffs in the amounts described in the Agreement based on the number of weeks the Plaintiffs worked as a salary-paid sous chef and/or while in restaurant manager training within the maximum applicable FLSA limitations period are reasonable. The Court therefore approves these payments.

Finally, the Court approves the terms of the payment plan and distribution method set forth in the Agreement and approves the agreed entry of a Consent Judgment in the amount of Two Hundred Fifty Thousand Dollars ($250,000) if Defendant defaults without timely cure on a payment plan for the total sum of One Hundred Twenty Thousand Dollars ($120,000.00).

Therefore, the request for an Order approving the FLSA settlement is hereby **GRANTED**, the settlement of the parties in the Agreement is hereby **APPROVED**, and the terms of the parties' Agreement are hereby incorporated into this Order. The Court orders the Clerk to **ADMINISTRATIVELY** CLOSE this case during the payment plan period with the Court retaining jurisdiction over any disputes that may arise under the Agreement, such that the Court may entertain further proceedings, enter orders, and issue such writs, including entry of the Parties' negotiated Consent Judgment described above, as the Court may deem necessary or advisable, until entry of stipulated dismissal of the Lawsuit upon notification to the Court that Defendant timely completed the payment plan without uncured default or entry of the Consent Judgment if Defendant fails to do so.

Consistent with the terms of the Agreement, Defendant shall tender to Plaintiffs, through their counsel of record, all payments within the time periods set forth in the Agreement.

**SO ORDERED** this  18  day of   November    , 2020.

 s/Christopher A. Boyko
The Honorable Christopher A. Boyko
United States District Judge
Northern District of Ohio